```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
   UNITED STATES OF AMERICA,                                 :
                                                             :
                                                             :
                  -v-                                        :      1:24-cr-056-GHW
                                                             :
                                                             :
   GLEN GILLIARD,                                            :      ORDER
                                                             :
                                    Defendant.               :
------------------------------------------------------------ X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/31/2024
```

GREGORY H. WOODS, United States District Judge:

A proceeding is scheduled in this matter for February 1, 2024, at 11:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: January 31, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge