UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-

GLEN GILLIARD,

                      Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/2024

1:24-cr-56-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

       A proceeding in this matter will take place on May 8, 2024 at 10:00 a.m. The proceeding will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The parties directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

       SO ORDERED.

Dated: May 3, 2024
New York, New York

                                                  _____
                                                     GREGORY H. WOODS
                                                  United States District Judge