| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------X<br>UNITED STATES OF AMERICA,<br><br>                -against-<br><br>GLEN GILLIARD,<br><br>                             Defendant.<br>------------------------------------------------------------X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 8/26/2024<br><br>1:24-cr-56-GHW<br><br>ORDER |

GREGORY H. WOODS, United States District Judge:

On August 20, 2024, the Court received a series of videos for the Court's consideration at sentencing. The description of those videos provided for the benefit of the Court is this:

> The following videos depict the events leading up to the shooting:
> - BATES ending -105, 106, 107, 108, 109
> - BATES ending -2369
>
> The following videos depict the shooting itself:
> - BATES ending -110, -111
> - BATES ending -2366, -2367

This information is not sufficient. First, it appears that the videos provide views from different vantage points. The Court does not know where each of the video cameras was located or in what direction they were oriented. The Court requires information regarding the placement and orientation of each of the cameras. The parties are directed to provide a letter to the Court containing that information. The Court also requests that the parties meet and confer regarding the presentation of one or more demonstrative exhibits indicating the placement and orientation of each of the video cameras corresponding to the videos presented to the Court.

Second, the Court expects that the parties have reviewed these videotapes numerous times and have views regarding what pertinent information is shown in them, at what points in time. For example, the parties may have views regarding which person shown in each videotape is the

defendant, and which person is the victim, if any.  The Court would benefit from a more detailed description of the parties' understanding of what is shown in the videos beyond the fact that they show "events leading up to the shooting" and "the shooting itself."  That information would assist the Court in reviewing the videotapes.

The Court requires more information than the videos on their own without context in order to evaluate their content.  The Court directs the parties to meet and confer regarding the two categories of information identified here that would benefit the Court:  information regarding the placement and orientation of the cameras, and a more detailed description of what each party understands to be shown in each video at what time stamp.  The parties are directed to submit a joint letter to the Court no later than August 29, 2024 with their proposals regarding how best to provide this information to the Court.

SO ORDERED.

Dated: August 26, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge