# Angus James Bell, Esq.

30 Wall Street, 8th Floor New York, New York 10005
Tel: (212) 804-5765   Fax: (718) 504-6351
Email: ajamesbelllaw@gmail.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/30/2024
```

**MEMORANDUM ENDORSED**

August 29, 2024

**Via ECF**
Hon. Gregory H. Woods, USDJ
Southern District of New York
40 Foley Square
New York, New York 11201

Re: *United States v. Glen Gilliard 24Cr056 (GHW)*

Your Honor,

This letter is submitted to the Court in response to the Order seeking additional information for the videos depicting the incident in this matter (Doc. No. 26). It is my understanding and according to the Government's letter dated August 19, 2024 (Doc. No. 24), Ms. Graham is out of the county, without access to a laptop or records, from August 20th to the 29th. As such, we have we have not meet nor conferred regarding the information sought by the Order.

Counsel is therefore seeking an extension to Tuesday September 3rd to provide this information to the Court. I am seeking this date as I will be traveling during the Labor Day weekend, leaving the District on August 30th and returning September 2nd.

Thank you in advance for any and all consideration of this application.

Respectfully submitted,

_-S-_____
A James Bell, Esq.

---

Application granted.  The deadline for the parties to respond to the Court's August 26, 2024 order, Dkt. No. 26, is extended to September 5, 2024.
The requested extension of time does not permit the Court sufficient time to prepare for the sentencing hearing on its scheduled date, accordingly the sentencing hearing is adjourned to October 15, 2024 at 12:00 p.m.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 27.

SO ORDERED.
Dated: August 30, 2024
New York, NY

GREGORY H. WOODS
United States District Judge