```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
    UNITED STATES OF AMERICA,                :
                                             :
                    -against-                :
                                             :
    GLEN GILLIARD,                           :         1:24-cr-56-GHW
                                             :
                        Defendant.           :            ORDER
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/2024

GREGORY H. WOODS, United States District Judge:

The sentencing hearing currently scheduled for October 15, 2024 at 12:00 p.m. is rescheduled. The hearing will take place on October 17, 2024 at 12:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The sentencing submission dates remain unchanged. The parties are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

SO ORDERED.

Dated: October 9, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge